# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Rolfie Fobbs<br>*Plaintiff*<br>v.<br>The Lincoln National Life Insurance Company<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:24-cv-11682 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rolfie Fobbs .

Date: 11/13/2024

/s/ Adriana M. de la Torre
*Attorney's signature*


Adriana M. de la Torre, 6289335 (IL) 1023227 (FL)
*Printed name and bar number*

Tower Law Group
3505 Lake Lynda Drive, Suite 200
Orlando, FL 32817
*Address*

adriana@towerlawgroup.com
*E-mail address*

(317) 353-3826
*Telephone number*

(877) 860-2750
*FAX number*


Print | Save As... | Reset