# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Selina Renae Valdez, Federal ID No 3633062

Admission date: February, 11, 2021

Dated November 6, 2024, at Houston, Texas.

Nathan Ochsner, Clerk of Court

By: Heather McCalip, Deputy Clerk