## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Fobbs vs. The Lincoln National Life Insurance Co

Case Number: 1:24-cv-11682

An appearance is hereby filed by the undersigned as attorney for:

Rolfie Fobbs

Attorney name (type or print): Adriana M. de la Torre

Firm: Tower Law Group

Street address: 3505 Lake Lynda Drive, Suite 200

City/State/Zip: Orlando, FL 32817

Bar ID Number: 6289335
(See item 3 in instructions)

Telephone Number: (317) 353-3826

Email Address: adriana@towerlawgroup.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 15, 2024

Attorney signature: S/ Adriana M. de la Torre
(Use electronic signature if the appearance form is filed electronically.)