IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROLFIE FOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:24-cv-11682 |
| | ) | |
| v. | ) | |
| | ) | Honorable Franklin U.Valderrama |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**LIST OF ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROLFIE FOBBS, Plaintiff in the above-entitled and numbered cause, and files this it's List of Legal Entities that are financially interested in the outcome of this litigation and would show unto this Honorable Court as follows:

1. ROLFIE FOBBS is the Plaintiff and financially interested in the outcome of this litigation.

2. Marc Whitehead & Associates and Tower Law Group are Plaintiff's attorneys and financially interested in the outcome of this litigation.

Respectfully submitted,

By: /s/ Selina Valdez

Selina Valdez
**Marc Whitehead & Associates**
Tex. Bar No. 24121872
Fed. I.D. No. 3633062
selina@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
*Attorney for ROLFIE FOBBS*