IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROLFIE FOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:24-cv-11682 |
| | ) | |
| v. | ) | |
| | ) | Honorable Franklin U.Valderrama |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF AFFILIATES**

In accordance with Local Rule 3.2 Plaintiff hereby files this Notice to identify no affiliates.

Respectfully submitted,

By: /s/ Selina Valdez

Selina Valdez
**Marc Whitehead & Associates**
Tex. Bar No. 24121872
Fed. I.D. No. 3633062
selina@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
*Attorney for ROLFIE FOBBS*