**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Rolfie Fobbs

Plaintiff,

v.

Case No.: 1:24−cv−11682
Honorable Franklin U. Valderrama

The Lincoln National Life Insurance Company

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Laura K. McNally for the purpose of holding proceedings related to: Discovery Supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. (jcm). Mailed notice.

Dated: January 30, 2025

/s/ Franklin U. Valderrama

United States District Judge