**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Rolfie Fobbs

Plaintiff,

v.

Case No.: 1:24−cv−11682
Honorable Franklin U. Valderrama

The Lincoln National Life Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2025:

MINUTE entry before the Honorable Laura K. McNally. This case has been referred for discovery supervision and settlement. After reviewing the pleadings and the parties' joint initial status report [13], the Court sets the following schedule: Defendant shall produce the administrative record by 2/14/25. Plaintiff will either stipulate to the completeness of the record or provide notice of deficiency in the record by 3/28/25. If necessary, any motion regarding completeness of the record shall be filed by 4/4/25. Close of fact discovery 4/4/25. Joint status report due 4/4/25. Stipulated record to be filed 4/11/25. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.