**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROLFIE FOBBS,** | ) | |
| | ) | **Case No. 1:24cv11682** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Judge: Franklin U. Valderrama** |
| **vs.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | **Magistrate Judge: Laura K. McNally** |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Rolfie Fobbs and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 21st day of March 2025.

Respectfully submitted,

By: /s/ Selina Renae Valdez

Selina Renae Valdez (Texas Bar # 24121872)
Admitted *Pro Hac Vice*
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, TX 77007
PH: 713-228-8888
Fax: 713-225-0940
Email: selina@marcwhitehead.com
Lead Trial Attorney for Plaintiff

And

Adriana M. de la Torre
Illinois Attorney No. 6289335
Tower Law Group
3505 Lake Lynda Dr, Ste 200
Orlando, FL 32817
PH: 317-353-3826
Fax: 877-860-2750
Email: adriana@towerlawgroup.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT